FILED
CLERK, U.S. DISTRICT COURT

JAN - 8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OSCAR ESQUIVEL MARTINEZ, | ) | NO. SACV 07-00520-FMC (MAN) |
| Petitioner, | ) | ORDER ACCEPTING AND ADOPTING |
| v. | ) | FINDINGS, CONCLUSIONS, AND |
| M.S. EVANS, | ) | RECOMMENDATIONS OF UNITED STATES |
| Respondent. | ) | MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the Report and Recommendation of United States Magistrate Judge, and Petitioner's Objections. The Court has conducted a *de novo* review of those matters to which objections have been stated in writing. Having done so, the Court accepts and adopts the Magistrate Judge's Report and Recommendation.

**IT IS ORDERED** that: (1) Respondent's Motion to Dismiss is granted; and (2) Judgment shall be entered dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of the Order and the Judgment on Petitioner and on counsel for Respondent.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: _Jan. 8, 2008_ .

_____
FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE