FILED
CLERK, U.S. DISTRICT COURT
JAN - 8 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR ESQUIVEL MARTINEZ,<br><br>        Petitioner,<br><br>    v.<br><br>M.S. EVANS,<br><br>        Respondent. | NO. SACV 07-00520-FMC (MAN)<br><br>JUDGMENT |

    Pursuant to the Court's Order Accepting and Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    **IT IS ADJUDGED** that the above-captioned action is dismissed with prejudice.

DATED: Jan. 8, 2008

                                            FLORENCE-MARIE COOPER
                                          UNITED STATES DISTRICT JUDGE